UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROGER WALLACE HENDERSON, | § § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-08-42 |
| | § § | |
| NATHANIEL QUARTERMAN, | § § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION TO GRANT RESPONDENT'S MOTION FOR SUMMARY JUDGMENT AND DENYING PETITIONER'S MOTION FOR HEARING/RECONSIDERATION

On June 30, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that:

1) respondent's motion for summary judgment (D.E. 19) be granted;

2) petitioner's request for an injunction be denied;

3) the Court not consider petitioner's attack on his underlying conviction; and

4) petitioner be denied a certificate of appealability.

On July 17, 2008, petitioner filed Objections (D.E. 27) to the Magistrate's Recommendations including a motion for rehearing/reconsideration..

Having reviewed the findings of fact and conclusions of law therein, as well as the pleadings on file and petitioner's objections, and having made a *de novo* disposition of those portions of the Magistrate Judge's recommended disposition to which objections were raised, *see Koetting v. Thompson*, 995 F.2d 37 (5th Cir. 1993), 28 U.S.C. § 636(b)(1)(C); Fed.R.Civ.P.72(b), the Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, it is ORDERED as follows:

1) respondent's motion for summary judgment is granted;

2) petitioner's request for an injunction is denied;

3) the Court does not consider petitioner's attack on his underlying conviction; and

4) petitioner is denied a certificate of appealability.

Petitioner's motion for rehearing/reconsideration included in D.E. 27 is DENIED.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 1st day of August, 2008.

_____
Janis Graham Jack
United States District Judge